**Electronically Filed
Supreme Court
SCPW-13-0002897
27-AUG-2013
01:53 PM**

SCPW-13-0002897

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

WENDELL H. JENKINS, Petitioner,

vs.

HAWAIʻI PAROLING AUTHORITY OFFICIAL, Respondent.

ORIGINAL PROCEEDING
(CR. NO. 96-0127)

ORDER DENYING APPLICATION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of petitioner Wendell H. Jenkins'
application for a writ of mandamus, filed on August 19, 2013, the
documents attached thereto and submitted in support thereof, and
the record, it appears that petitioner fails to demonstrate a
clear and indisputable right to a second parole revocation
hearing and has alternative means to obtain relief.  Petitioner,
therefore, is not entitled to the requested writ of mandamus.
See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999)
(a writ of mandamus is an extraordinary remedy that will not
issue unless the petitioner demonstrates a clear and indisputable
right to relief and a lack of alternative means to redress

adequately the alleged wrong or obtain the requested action); In re Disciplinary Bd. of Hawaiʻi Supreme Court, 91 Hawaiʻi 363, 368, 984 P.2d 688, 693 (1999) (mandamus relief is available to compel an official to perform a duty allegedly owed to an individual only if the individual's claim is clear and certain, the official's duty is ministerial and so plainly prescribed as to be free from doubt, and no other remedy is available).  Accordingly,

IT IS HEREBY ORDERED that the clerk of the appellate court shall process the application for a writ of mandamus without payment of the filing fee.

IT IS HEREBY FURTHER ORDERED that the application for a writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, August 27, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

